UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:20-cr-542 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 844(i) |
| v. | ) | |
| | ) | |
| | ) | |
| **KELSEY DONNEL JACKSON** | ) | |
| | ) | |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 30, 2020, in the District of South Carolina, the Defendant, **KELSEY DONNEL JACKSON**, did knowingly, intentionally and maliciously damage, and attempt to damage and destroy, by means of fire, a vehicle and other real property, and did aid and abet any person in damaging and destroying, by means of fire, a vehicle and other real property, used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit: a Charleston City Police Department vehicle in Charleston, South Carolina;

In violation of Title 18, United States Code, Sections 844(i) and 2.

s/Peter M. McCoy, Jr.
PETER M. MCCOY, JR. (el)
UNITED STATES ATTORNEY