IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

United States of America

vs                                                        CR NO. 2:20-542

Kelsey Donnel Jackson

## PLEA

The defendant, **Kelsey Donnel Jackson**, acknowledges receipt of a copy of the **Information** and after arraignment pleads **GUILTY** to the **Information** in open court.

S/ Kelsey Jackson  w/ express permission Chr.3 Geel
(Signed) Defendant

Charleston, South Carolina

October 6, 2020