UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELSEY JACKSON | CASE NO.<br>2:20-cr-00542-RMG<br><br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

COMES now by the undersigned attorney, Christopher Geel, moves this Court for an Order of Protection from any court appearances in the above-referenced case for the period of:

**May 10, 2021 through May 21, 2021**

**June 7, 2021 through June 18, 2021**

This request is being made as the undersigned attorney will be traveling out of the State during these times and will be unavailable. The above-referenced case has not been scheduled for trial or plea at this time. This request for an Order of Protection is not done for purposes of delaying the prosecution of this matter. Therefore, the undersigned attorney respectfully requests that this Court issue him an Order of Protection.

                                              On this day, March 23, 2021 it is
                                              RESPECTFULLY SUBMITTED,


                                              *s/Christopher R. Geel*
                                              Christopher R. Geel
                                              GEEL LAW FIRM, LLC
                                              P.O. Box 21771
                                              Charleston, SC 29413
                                              843-277-5080

**CERTIFICATE OF SERVICE:** I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Christopher R. Geel*
Christopher R. Geel
Attorney for Defendant